```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00442-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| GONZALO RAUL LERMA-ROJAS, aka Rudolfo Geraldo Naranjo, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Carl Larson, attorney for GONZALO RAUL LERMA-ROJAS, that the status conference of November 10, 2010 be vacated, and the matter be set for status conference on December 9, 2010 at 9:00 a.m.

Additional time is needed for the parties to obtain information necessary to negotiate a possible resolution of this matter.  The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

IT IS STIPULATED that the period from the signing of the proposed order, up to and including the December 9, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  November 8, 2010           Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Michele Beckwith*
                                       By:  Michele Beckwith
                                              Assistant U.S. Attorney

Dated: November 8, 2010

                                              */s/ Carl Larson*
                                              Carl Larson
                                              Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 10, 2010, be continued to December 9, 2010, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the December 9, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE